**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-04631-MMM(FMOx) | Date | August 17, 2010 |
|---|---|---|---|

| Title | Bernal, et al. v. Comerica Bank, et al. |
|---|---|

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     IN CHAMBERS - ORDER DISMISSING ACTION WITHOUT PREJUDICE

On July 30, 2010, the court issued an order to show cause why this action should be dismissed for lack of subject matter jurisdiction. Plaintiffs were ordered to respond on or before August 16, 2010.

To date, the court has not received any response from the plaintiffs. As stated on the July 30, 2010 court order, failure to respond by August 16, 2010, will result in the immediate dismissal of the action.

The court hereby **DISMISSES** this action for lack of subject matter jurisdiction, without prejudice.

IT IS SO ORDERED.

: 0

CV-90 (12/02)              **CIVIL MINUTES - GENERAL**              Initials of Deputy Clerk RR for AH